UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WARREN TUCKER,<br><br>       Plaintiff,<br><br>   v.<br><br>The United States of America ex rel UNITED STATES POSTAL SERVICE, et al.<br><br>       Defendants. | Case No. 3:21-cv-00414-LRH-CLB<br><br>Order Granting Stipulation for Dismissal with Prejudice |

Plaintiff Warren Tucker ("Plaintiff") and Defendant United States of America ex rel United States Postal Service ("Defendant"), hereby stipulate to, and jointly request, that the above referenced matter be dismissed with prejudice.

## INTRODUCTION

The parties appeared via Zoom before Magistrate Judge Robert McQuaid, Jr. on April 4, 2023, for a settlement conference and were able to resolve all differences between the parties. Consequently, the parties request that the above-referenced matter be dismissed with prejudice with each side bearing responsibility for their own fees and costs.

///

///

///

DATED: June 5, 2023

| HOLLY, DRIGGS, LTD. | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| /s/ James W. Puzey<br>JAMES W. PUZEY<br>Attorney for Plaintiff | /s/ Skyler H. Pearson<br>SKYLER H. PEARSON<br>Assistant U.S. Attorney<br>Attorney for Defendant |

## ORDER

Based on the Stipulation of Counsel, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice with each side bearing responsibility for their own fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court enter final judgment accordingly, dismiss the action, and close the case.

IT IS SO ORDERED.

DATED this 5th day of June, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE